| AUSA: | Myra Din | Telephone: | (313) 226-9653 |
|---|---|---|---|
| Special Agent: | Ryan Thick | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
James Cornelius Griffin

Case No.   Case: 2:23−mj−30323
Assigned To : Unassigned
Assign. Date : 8/6/2023
USA V. GRIFFIN (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 27, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Thick, Special Agent (ATF)
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 6, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__    Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OFA CRIMINAL COMPLAINT

## Introduction and Agent Background

I, Special Agent Ryan Thick, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) since November of 2022. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I have a bachelor's degree in criminal justice and master's degree in business management and leadership.

2. Before my employment with ATF, I was employed as a United States Pretrial Probation Officer in Detroit, MI, and Springfield, IL, for approximately one year and employed with the Michigan Department of Corrections as Probation Parole Officer in Flint, MI, for approximately five years. As Probation Parole Officer with the Michigan Department of Corrections, I was assigned to the Federal Bureau of Investigation (FBI) Flint Safe Streets Task Force for approximately one year. As an FBI Embedded Agent and Special Agent with the ATF, I have participated in numerous state and federal investigations to include illegal narcotics, gang investigations, and firearms investigations.

3. This affidavit is based on my personal knowledge and on my participation in this investigation; information I received from other law enforcement agents and officers; and information I gained through my training and experience. This affidavit merely establishes sufficient probable cause for the requested warrant and does not set forth all the facts known to law enforcement regarding this investigation.

## Probable Cause

4. The United States, including the ATF, is currently investigating James Cornelius GRIFFIN (B/M, DOB: XX/XX/XX81) ("GRIFFIN"), a convicted felon, for knowing possession of one (1) firearm (with a "Magpul" extended magazine), said firearm having previously travelled in and affected interstate commerce in violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

5. I reviewed a criminal history check for GRIFFIN. This check revealed GRIFFIN was convicted of the following felony offenses:

   a. 2001-3rd Circuit Court Wayne County, Michigan, Felony- Assault with Intent to Murder.

   b. 2015- Allen County Court, Ohio, Felony- Aggravated Possession of Drugs.

      c. 2019- 3rd Circuit Court Wayne County, Count 1 Felony- Controlled Substance Possession of Cocaine/ Heroin. Count 2- Felony- Weapons- Firearms Possession by Felon.

6. Because GRIFFIN has been convicted of multiple felony offenses, at least one for which he was sentenced to more than a year in prison, there is probable cause to believe that GRIFFIN is aware of his status as a convicted felon.

7. On July 27, 2023, Detroit Police Officers Hopkins and Duncan—while operating in fully marked police uniforms and a fully marked Detroit Police vehicle—conducted an investigative stop of GRIFFIN at West Warren Liquor, a liquor store, in Detroit, Michigan. Officers in the store observed GRIFFIN walk toward the register looking over his shoulder at the Officers. Officer Hopkins specifically observed GRIFFIN blade his body away from him as if GRIFFIN was trying to conceal or hide a firearm or contraband. Officer Hopkins followed GRIFFIN and saw the handle of a firearm and extended magazine hanging out of GRIFFIN's shorts pocket. Officer Hopkins then asked GRIFFIN if he was a concealed pistol license carrier, GRIFFIN replied "no." Officers stopped and further questioned GRIFFIN, during which time they recovered from GRIFFIN's body a Glock, model 19, 9mm Caliber, pistol, with an extended Magpul magazine, containing live rounds. The officers conducted

3

a law enforcement computer system check of the firearm and learnt that the firearm was unregistered.

8. I consulted with SA Michael Jacobs an ATF interstate nexus agent. SA Jacobs has specialized knowledge experience and training as it relates to firearms and firearms identification. Based on that review and the information provided, SA Jacobs opined that the Glock, model 19, 9mm caliber pistol, with a Magpul extended magazine, which was recovered from GRIFFIN, is a firearm as defined under 18 U.S.C. § 921(a)(3). He also concluded that the firearm was manufactured outside the State of Michigan, thereby having travelled in and affected interstate commerce.

## Conclusion

9. Based on the above information, there is probable cause to believe that GRIFFIN, a prior convicted felon, knowingly possessed one (1) firearm – specifically, a Glock pistol, model 19, 9mm Caliber, with a Magpul extended magazine, in violation of 18 U.S.C. § 922 (g)(1).

Respectfully Submitted,

_____
Ryan Thick, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic me ans.

_____
Hon. Kimberly Altman
United States Magistrate Judge

Dated: August 6, 2023

5